IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. BOOZER, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:14-cv-01220-DAD-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS |

　　　　Marquez Butler ("Plaintiff") was at all relevant times a state prisoner at Pleasant Valley State Prison. He is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2016, all eleven defendants filed a motion for summary judgment. (ECF No. 17). Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days (Local Rule 230(l)), but did not so.

　　　　Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." While a motion for summary judgment cannot be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013), the Court does have other options when a party fails to respond. For example, if Plaintiff fails to respond, the Court may treat the facts asserted by defendants as undisputed. Fed. R. Civ. P. 56(e)(2).

\\\

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to the motion for summary judgment filed by defendants.

IT IS SO ORDERED.

Dated: **January 10, 2017**           /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE