# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER, | 1:14-cv-01220-DAD-EPG (PC) |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | (ECF NO. 17) |
| R. BOOZER, et al., | |
| Defendants. | |

On December 1, 2016, Defendants filed a motion for summary judgment. (ECF No. 17). The Court finds that oral arguments on the motion could be helpful. Accordingly, the Court will set a hearing on Defendants' motion for summary judgment.

In accordance with the above, IT IS HEREBY ORDERED that:

1. A hearing on Defendants' motion for summary judgment is set before Magistrate Judge Erica P. Grosjean on April 19, 2017, at 2:00 p.m., at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721 in Courtroom #10. The Court notes that this is not an evidentiary hearing;

2. Plaintiff must appear telephonically. Defendants' counsel may either appear in person or telephonically. To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453; and

3. No later than three days before the hearing, Defendants are to submit to the Court copies of any and all regulations requiring that an inmate participate in an interview as

1 | part of the grievance process.  Defendants may refer to exhibits already on the record
2 | in lieu of submitting new copies.

IT IS SO ORDERED.

Dated:  **March 22, 2017**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE