# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER, | 1:14-cv-01220-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| R. BOOZER, et al., | |
| Defendants. | |

Marques Butler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This Court conducted a scheduling conference on April 19, 2017. (ECF No. 42). At the conference, Plaintiff made an oral motion for the appointment of pro bono counsel. The Court took the motion under submission.

The Court finds that the appointment of counsel is warranted. Chijioke O. Ikonte has been selected from the Court's pro bono attorney panel to represent Plaintiff and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Chijioke O. Ikonte is appointed as counsel in the above entitled matter;
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment; and
3. The Clerk of Court is directed to serve a copy of this order upon Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

IT IS SO ORDERED.

Dated: **May 1, 2017**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1