# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Marquis Butler

        Plaintiff(s)

vs.

R. Boozer, et al

        Defendants.

_____/

No. 14-CV-01220-DAD-EPG

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Chijioke O. Ikonte, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 1, 2017, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Visit client prior to June 9, 2017 to introduce self, discuss case, and prepare for settlement conference scheduled for June 9, 2017.
Attend Settlement Conference at Corcoran State Prison located at 4001 King Avenue, Corcoran, CA

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 650.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 14-CV-01220-DAD-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of May, 20 17, at Los Angeles, California.

/s/ Chijioke O. Ikonte

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 5/23/17

E. P. ⎯⎯⎯⎯

United States District Judge/Magistrate