# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>        Plaintiff,<br><br>    v<br><br>R. BOOZER, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01220-DAD-EPG (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on August 4, 2014. On June 9, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 9, 2017**__

                                  UNITED STATES MAGISTRATE JUDGE

1