

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUES BUTLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. BOOZER, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01220-DAD-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARQUES BUTLER, CDCR # AC-0431 |

Plaintiff Marques Butler is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on June 9, 2017. Inmate Marques Butler, CDCR Inmate # AC-0431, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE